**(October 13, 1961)**

JEAN M. BLACK, Respondent, v. WILLIAM BLACK, Appellant.—██

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

ADOLPH TAUSIK, Appellant, v. HELEN T. TAUSIK, Also Known as HELEN T. GROSSMAN, et al., Respondents.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

JENNIE L. SUFRIN v. ARBEAU, INC., et al.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

In the Matter of VITO P. BATTISTA et al., Respondents, v. WILLIAM H. CARVER et al., Appellants, and JAMES M. POWER et al., Constituting the Board of Elections and County Board of Canvassers of the County and City of New York, et al., Respondents.—

Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ. [29 Misc 2d 711.]